UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-434 |
| | § | |
| JONATHAN JOEL VILLARREAL | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant has been indicted and, therefore, the evidence against the defendant meets the probable cause standard. The defendant is charged with possessing a sawed-off shotgun in violation of 26 U.S.C. § 5841, has a criminal history which includes assaultive conduct and currently is subject to a protective order relating to his father. Further, the defendant has a history of non-compliance with pretrial release, failure to appear, and he is currently on bond for state misdemeanor offenses. The defendant has shown an unwillingness or inability to comply with pretrial release or court ordered supervision. Finally, the defendant does not have a solvent co-surety. The findings and conclusions

contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 10th day of June, 2015.

_____
Jason B. Libby
United States Magistrate Judge